IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRAYLN GAINES**                                                               **PLAINTIFF**
**#200625**

V.                                        NO. 4:22-cv-00907-JM

**HIGGINS**, *et al.*                                                         **DEFENDANTS**

## ORDER

Paul Criswell, an inmate at the Pulaski County Detention Facility ("Detention Facility"), filed this lawsuit *pro se* under 42 U.S.C. § 1983 on behalf of himself and 45 other inmates, including Plaintiff Brayln Gaines. *Doc. 1*. Pursuant to Court policy, the Court opened 46 different lawsuits, including this one for Mr. Gaines.

On October 12, 2022, mail from the Court to Mr. Gaines was returned as "undeliverable." *Doc. 3*.

On October 27, 2022, the Court ordered Mr. Gaines to notify the Court of his current address within 30 days or risk dismissal of his complaint. *Doc. 4*. To date, he has not responded to the Court's October 11 Order, and the time to do so has passed.

The Court withdraws the reference.

Mr. Gaines' claims are DISMISSED, without prejudice due to a lack of prosecution. FED. R. CIV. P. 41(b); Local rule 5.5(c)(2). An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 1st day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE